**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sean Jenkins aka Sean G. Jenkins <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 19-17197 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, as trustee for Quercus Mortgage Investment Trust and index same on the master mailing list.

                                          Respectfully submitted,

                                          /s/ *Rebecca Solarz*
                                          Rebecca Solarz
                                          21 Jun 2021, 15:57:49, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322