| | | |
|---|---|---|
| IN RE: Benney Dornevil | : | IN THE UNITED STATES |
| Carolyn Dornevil | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 20-13417 |
| | : | Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, Michael J. McCrystal, Esquire have this 27th day of July 2021, served upon the following named persons, Motion to Modify Plan Post Confirmation by United States Mail, Postage Prepaid and/or via ECF:

Scott Waterman, Esquire  
2901 St. Lawrence Avenue  
PO Box 4010  
Reading, PA 19606-4010  

Office of the US Trustee  
200 Chestnut Street  
Suite 502  
Philadelphia, PA 19106  

Daimler Trust  
c/o Bk Servicing LLC  
PO Box 131265  
Roseville, MN 55113  

                                                                     Respectfully Submitted,

                                                                    /S/ Michael J. McCrystal

                                                                     _____

                                                                   Michael J. McCrystal, Esquire