| | | |
|---|---|---|
| IN RE:  Sean Jenkins | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE No. 19-17197-PMM |

### CERTIFICATE OF NON-RESPONSE

I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Amend the Plan Post Post-Confirmation. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.   Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than August 17, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Amend the Plan Post Confirmation case be entered at the earliest convenience.

Dated: August 18, 2021

                                                      Respectfully submitted,
                                                      /S/Michael J. McCrystal

                                                      _____
                                                      Michael J. McCrystal, Esquire
                                                      326 Main Street, STE 1
                                                      Emmaus, PA 18049
                                                      (610) 262-7873
                                                      Attorney for the Debtor