**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

In re:   Sean Jenkins                              :
                                                   :    case no. 19-17197-PMM
                                                   :
         Debtor                                    :    Chapter 13
                                                   :
                                                   :

**ORDER TO AMEND CHAPTER 13**
**PLAN POST CONFIRMATION**

AND NOW, this __19th__ day of __August__, 2021 upon consideration of the Debtor's Motion to Amend Plan Post Confirmation, the responses, if any, and after Notice and Opportunity to be Heard, it is ORDERED that:

~~1.   The Plan is amended in accordance with the plan proposed and filed Post-Confirmation.~~  the Debtor's 6th Amended Plan filed on August 18, 2021 (doc. no. 84) is CONFIRMED.

                                                        BY THE COURT:

                                                        /s/ Patricia M. Mayer
                                                        _____
                                                        USBJ