United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17197-pmm |
| Sean Jenkins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sean Jenkins, 1136 Bryant St, Allentown, PA 18104-3304 |
| cr | + | American Neighborhood Mortgage Acceptance Company,, c/o ANN E. SWARTZ, 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| cr | + | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| NONE | + | Wilmington Savings, 1600 S. Douglass Rd, Anaheim, CA 92806-5948 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LAUREN MOYER | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC ecfmail@mwc-law.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Sean Jenkins mccrystallaw@gmail.com  sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  as trustee for Quercus Mortgage Investment Trust bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 4 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

In re:  Sean Jenkins  :
                     :  case no. 19-17197-PMM
                     :
      Debtor         :  Chapter 13
                     :
                     :

**ORDER TO AMEND CHAPTER 13**
**PLAN POST CONFIRMATION**

AND NOW, this __19th__ day of __August__, 2021 upon consideration of the Debtor's Motion to Amend Plan Post Confirmation, the responses, if any, and after Notice and Opportunity to be Heard, it is ORDERED that:

1.  ~~The Plan is amended in accordance with the plan proposed and filed Post Confirmation.~~  the Debtor's 6th Amended Plan filed on August 18, 2021 (doc. no. 84) is CONFIRMED.

BY THE COURT:

*Patricia M. Mayer*
_____
USBJ