# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Sean Jenkins**                                          Case No.  **19-17197**

                              Debtor(s)                          Chapter  **13**

## PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire** declare that I am a resident of or employed in the County of **Lehigh**, Commonwealth of **Pennsylvania**. My address is **326 Main Street, STE 1, Emmaus, PA 18049**.  I am over the age of eighteen years of age and am not a party to this case.

On **September  8, 2021**, I served the Notice of Motion to Approve Professional Compensation on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail and/or Via ECF addressed as follows:

A P C I Federal Credit
P.o. Box 20147
Lehigh Valley, PA 18002

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

Broughal and Devito LLP
Kevin H. Conrad, Esquire
38 West Market Street
Bethlehem, PA 18018

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Dovenmuehle/annie Mac
700 E Gate Dr Ste 400
Mount Laurel, NJ 08054

First Commonwealth Fcu
257 Brodhead Rd
Bethlehem, PA 18017

First Commonwealth Fcu
257 Brodhead Rd
Bethlehem, PA 18017

First Commonwealth Fcu
257 Brodhead Rd
Bethlehem, PA 18017

First Commonwealth Fcu
257 Brodhead Rd
Bethlehem, PA 18017

Gold Credit Union
4703 Hamilton Blvd
Allentown, PA 18103

Jon C. Sirlin, Esquire
123 S Broad Street
STE 2100

Philadelphia, PA 19109

Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Lehigh Valley Educator
P.o. Box 4388
Allentown, PA 18105

Lehigh Valley Educator
P.o. Box 4388
Allentown, PA 18105

Lehigh Valley Educator
P.o. Box 4388
Allentown, PA 18105

Lehigh Valley Educator
P.o. Box 4388
Allentown, PA 18105

Lehigh Valley Educator
P.o. Box 4388
Allentown, PA 18105

Lehigh Valley Educator
P.o. Box 4388
Allentown, PA 18105

LendingClub
Attn: Bankruptcy
71 Stevenson St, Ste 1000
San Francisco, CA 94105

Mercedes Benz Financial
attn.: Bankr. Dept
PO Box 685
Roanoke, TX 76262

Michael R. Nesfeder, Esquire
Fitzpatrick, Lentz and Bubba
PO Box 219
Lehigh Valley, PA 18002

Pentagon Federal Credit Union
Attn: Bankruptcy
Po Box 1432
Alexandria, VA 22313

Pentagon Federal Credit Union
Attn: Bankruptcy
Po Box 1432
Alexandria, VA 22313

Pentagon Federal Credit Union
Attn: Bankruptcy
Po Box 1432
Alexandria, VA 22313

Pentagon Federal Credit Union
Attn: Bankruptcy
2930 Eisenhower Avenue
Alexandria, VA 22314

Pentagon Federal Credit Union
Attn: Bankruptcy
2930 Eisenhower Avenue
Alexandria, VA 22314

Pentagon Federal Credit Union
Attn: Bankruptcy
2930 Eisenhower Avenue
Alexandria, VA 22314

Prothonotary-CCP Lehigh
Case No. 2019-C-0433
455 W. Hamilton Street
Allentown, PA 18101

Prothonotary-CCP Lehigh
Case No. 2019-C-0243
455 W. Hamilton Street

Allentown, PA 18101

**Synchrony Bank/Walmart**
**Attn:  Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Walmart**
**Attn:  Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

**Volkswagen Credit, Inc**
**Attn: Bankruptcy**
**Po Box 3**
**Hillboro, OR 97123**

**Volkswagen Credit, Inc**
**Attn: Bankruptcy**
**Po Box 3**
**Hillboro, OR 97123**

**Wells Fargo Legal Processing**
**PO Box 29779  MAC S3928-021**
**Phoenix, AZ 85038**

I declare that the foregoing is true and correct, and that this declaration was executed on September  8, 2021.

Signature