| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17197-PMM**

Sean Jenkins  
1136 Bryant St  
Allentown  PA    18104-3304

Petition Filed Date: 11/15/2019  
341 Hearing Date: 01/14/2020  
Confirmation Date: 02/11/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $1,600.00 | | 05/24/2021 | $1,600.00 | | 06/28/2021 | $1,600.00 | |
| 07/26/2021 | $1,600.00 | | 08/23/2021 | $1,600.00 | | 09/28/2021 | $2,400.00 | |
| 10/25/2021 | $2,400.00 | | 11/30/2021 | $2,400.00 | | 12/28/2021 | $2,400.00 | |
| 01/25/2022 | $2,400.00 | | 03/01/2022 | $2,400.00 | | 03/28/2022 | $2,400.00 | |
| 04/25/2022 | $2,400.00 | | 05/23/2022 | $2,400.00 | | 07/15/2022 | $2,400.00 | |

**Total Receipts for the Period:  $32,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $46,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sean Jenkins | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | FIRST COMMONWEALTH FCU<br>»»  001 | Unsecured Creditors | $23,548.38 | $3,209.12 | $20,339.26 |
| 2 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»»  002 | Unsecured Creditors | $4,845.41 | $660.31 | $4,185.10 |
| 3 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»»  03U | Unsecured Creditors | $529.95 | $72.22 | $457.73 |
| 4 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»»  03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»»  004 | Unsecured Creditors | $18,798.23 | $2,561.78 | $16,236.45 |
| 6 | DAIMLER TRUST<br>»»  005 | Unsecured Creditors | $18,179.14 | $2,477.41 | $15,701.73 |
| 7 | BECKET & LEE, LLP<br>»»  006 | Unsecured Creditors | $423.72 | $44.07 | $379.65 |
| 8 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $2,141.10 | $291.79 | $1,849.31 |
| 9 | CARRINGTON MORTGAGE SERVICES, LLC<br>»»  008 | Mortgage Arrears | $30,190.43 | $30,190.43 | $0.00 |

Chapter 13 Case No. 19-17197-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,200.00 | Current Monthly Payment: | $2,200.00 |
| Paid to Claims: | $42,307.13 | Arrearages: | ($1,400.00) |
| Paid to Trustee: | $3,879.20 | Total Plan Base: | $114,200.00 |
| Funds on Hand: | $13.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.