| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-17197-PMM**

Sean Jenkins
1136 Bryant St
Allentown  PA    18104-3304

Petition Filed Date: 11/15/2019
341 Hearing Date: 01/14/2020
Confirmation Date: 02/11/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $2,400.00 | | 09/23/2022 | $2,400.00 | | 10/24/2022 | $2,400.00 | |
| 11/23/2022 | $2,400.00 | | 12/27/2022 | $2,400.00 | | 02/24/2023 | $2,400.00 | |
| 03/23/2023 | $2,400.00 | | 04/24/2023 | $2,400.00 | | 05/24/2023 | $2,400.00 | |
| 06/26/2023 | $2,400.00 | | 07/24/2023 | $2,400.00 | | | | |

**Total Receipts for the Period: $26,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $72,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS |||||| 
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Sean Jenkins | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | FIRST COMMONWEALTH FCU<br>»» 001 | Unsecured Creditors | $23,548.38 | $10,778.62 | $12,769.76 |
| 2 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 002 | Unsecured Creditors | $4,845.41 | $2,217.83 | $2,627.58 |
| 3 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 03U | Unsecured Creditors | $529.95 | $242.57 | $287.38 |
| 4 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 004 | Unsecured Creditors | $18,798.23 | $8,604.38 | $10,193.85 |
| 6 | DAIMLER TRUST<br>»» 005 | Unsecured Creditors | $18,179.14 | $8,321.00 | $9,858.14 |
| 7 | CAPITAL ONE NA<br>»» 006 | Unsecured Creditors | $423.72 | $180.43 | $243.29 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,141.10 | $980.04 | $1,161.06 |
| 9 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» 008 | Mortgage Arrears | $30,190.43 | $30,190.43 | $0.00 |

**Chapter 13 Case No. 19-17197-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $72,600.00 | Current Monthly Payment: | $2,200.00 |
| Paid to Claims: | $64,315.30 | Arrearages: | ($1,400.00) |
| Paid to Trustee: | $6,087.20 | Total Plan Base: | $114,200.00 |
| Funds on Hand: | $2,197.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.