UNITED STATES BANKRUPTCY COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | MISC. No. 23-3004 (PMM) |
| | : | |
| **Potential Sanctions** | : | |
| **regarding Debtors' counsel,** | : | |
| **Michael J. McCrystal, Esq.** | : | |
| | : | |

**ORDER TO SHOW CAUSE**

**AND NOW**, Michael J. McCrystal having failed to appear at hearings having been held in cases for which he is the attorney of record;

AND some of the Debtors, represented by Mr. McCrystal, having failed to have appear at their respective § 341 meetings of creditors;

AND Mr. McCrystal having advised the Court that he has begun new employment;

AND Mr. McCrystal having not moved before the Court to terminate his representation or having not moved for alternative representation for the Debtors in the attached list of pending cases;

AND Mr. McCrystal having a continuing duty to represent his clients in their pending cases until or unless the Court enters an Order allowing him to withdraw said representation;

AND given these circumstances, it appears that Mr. McCrystal may not be adequately or in good faith representing the interests of the Debtors in the pending cases;

It is therefore hereby **ORDERED**, that **Michael J. McCrystal shall appear** for a hearing on **Thursday, December 21, 2023 at 1:00 p.m.** in the Fourth Floor Courtroom, Gateway Building, 201 Penn Street, Reading, PA 19601 and show cause why he should not be sanctioned for his failure to adequately represent his clients and why a referral to the Pennsylvania Disciplinary Board is not warranted.

**Date: December 7, 2023**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

## Pending Cases in which Mr. McCrystal is counsel of record

Michael Ulecka and Andrea Ulecka
Case No. 18-16931

Carl D. Kressley
Case No. 19-11747

James M Codd and Jennifer A Codd
Case No. 19-12214

William S. King and William S. King
Case No. 19-13208

Karen Pell
Case No. 19-14466

Philip V. Skibinski
Case No. 19-15204

Richard M. Escueta and Fredeline C Escueta
Case No. 19-16496

Sean Jenkins
Case No. 19-17197

Daniel L Amy
Case No. 19-17522

Stanley J. Lorkowski, Jr.
Case No. 19-17829

Anthony Guerrero
Case No. 20-10231

Robert Dremock
Case No. 20-11023

Brenda Esther Torrez
Case No. 20-12292

Benney Dornevil and Carolyn Dornevil
Case No. 20-13417

Marilyn Gonzalez
Case No. 20-13555

Zachery D Frey and Rebecca J Frey
Case No. 20-13752

Harold G. Adams
Case No. 21-10540

Paul B McKenna and Andriana D McKenna
Case No. 21-11410

Roger Kofroth and Jacqueline Kofroth
Case No. 21-11741

Iris Mejia
Case No. 21-12262

Peter Spina, Jr
Case No. 21-12714

Steven W. Blizard
Case No. 21-12925

Robert Bush
Case No. 22-11001

John K Shryock
Case No. 22-11723

Martha Wartzenluft
Case No. 22-12760

Sharon M. Zdradzinski and John T Zdradzinski
Case No. 23-10448

Randy L. Tigar
Case No. 23-10896

Frank Capetta
Case No. 23-11486

Cheryl Jo Heilman
Case No. 23-11567

Diane N. O'Brien
Case No. 23-12002

William James Martin
Case No. 23-12181

John W. Hursch
Case No. 23-12562

Jose R Polanco
Case No. 23-12229

Victor A. Ortiz
Case No. 23-12666