Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 19-17197-PMM**

Sean Jenkins  
1136 Bryant St  
Allentown  PA    18104-3304

Petition Filed Date: 11/15/2019  
341 Hearing Date: 01/14/2020  
Confirmation Date: 02/11/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2023 | $2,400.00 | | 09/25/2023 | $2,400.00 | | 10/23/2023 | $2,400.00 | |
| 11/27/2023 | $2,400.00 | | 12/27/2023 | $2,400.00 | | 01/23/2024 | $2,400.00 | |
| 04/23/2024 | $2,400.00 | | 05/24/2024 | $2,400.00 | | 06/25/2024 | $2,400.00 | |
| 07/23/2024 | $2,400.00 | | | | | | | |

**Total Receipts for the Period: $24,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $96,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sean Jenkins | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL J McCRYSTAL ESQ | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | FIRST COMMONWEALTH FCU <br> »» 001 | Unsecured Creditors | $23,548.38 | $18,975.46 | $4,572.92 |
| 2 | LEHIGH VALLEY EDUCATORS CREDIT UNION <br> »» 002 | Unsecured Creditors | $4,845.41 | $3,904.47 | $940.94 |
| 3 | LEHIGH VALLEY EDUCATORS CREDIT UNION <br> »» 03U | Unsecured Creditors | $529.95 | $427.04 | $102.91 |
| 4 | LEHIGH VALLEY EDUCATORS CREDIT UNION <br> »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LEHIGH VALLEY EDUCATORS CREDIT UNION <br> »» 004 | Unsecured Creditors | $18,798.23 | $15,147.76 | $3,650.47 |
| 6 | DAIMLER TRUST <br> »» 005 | Unsecured Creditors | $18,179.14 | $14,648.88 | $3,530.26 |
| 7 | CAPITAL ONE NA <br> »» 006 | Unsecured Creditors | $423.72 | $341.45 | $82.27 |
| 8 | LVNV FUNDING LLC <br> »» 007 | Unsecured Creditors | $2,141.10 | $1,725.34 | $415.76 |
| 9 | CARRINGTON MORTGAGE SERVICES, LLC <br> »» 008 | Mortgage Arrears | $30,190.43 | $30,190.43 | $0.00 |

**Chapter 13 Case No. 19-17197-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $96,600.00 | Current Monthly Payment: | $2,200.00 |
| Paid to Claims: | $88,160.83 | Arrearages: | $3,200.00 |
| Paid to Trustee: | $8,439.17 | Total Plan Base: | $114,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.