Certificate Number: 13858-PAE-DE-039310854

Bankruptcy Case Number: 19-17197



13858-PAE-DE-039310854

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2025, at 2:00 o'clock PM EST, Sean Jenkins completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 5, 2025              By:    /s/Wendel Ruegsegger

                                      Name:  Wendel Ruegsegger

                                      Title: Counselor