UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Sean Jenkins<br><br>            Debtor | Chapter 13<br><br>Bankruptcy No. 19-17197-PMM |

## PRAECIPE

TO THE CLERK:

Please withdraw the Trustee's Motion to Dismiss filed on or about January 15, 2025 at docket number 108 in the above referenced case.

                                          Respectfully Submitted

Date: February 18, 2025                     */s/ Scott F. Waterman*
                                                          Scott F. Waterman, Esq.
                                                          Standing Chapter 13 Trustee