United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sean Jenkins  
    Debtor

Case No. 19-17197-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 25, 2025      Form ID: 138OBJ      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Sean Jenkins, 1136 Bryant St, Allentown, PA 18104-3304 |
| 14428964 | + | American Neighborhood Mortgage Acceptance Company, c/o ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14513381 | + | Daimler Trust, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14422424 | | First Commonwealth Federal Credit Union, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14422427 | | Lehigh Valley Edu CU, PO Box 4388, Allentown, PA 18105-4388 |
| 14422428 | + | Lehigh Valley Educator CU, 3720 Hamilton Blvd, Allentown, PA 18103-4503 |
| 14422433 | | Prothonotary, CCP-Lehigh County, Case No. 2019-C-0243, 455 Hamilton St, Allentown, PA 18101-1602 |
| 14422434 | | Schwartz & Stafford PA, 8625 Crown Crescent Ct Ste 110, Charlotte, NC 28227-6794 |
| 14617054 | + | Wilmington Savings Fund Society, c/o Rebecca Solarz, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | + Email/Text: taxclaim@countyofberks.com | Feb 26 2025 03:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2025 03:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14422418 | Email/Text: jwenner@apcifcu.org | Feb 26 2025 03:41:00 | APCI Federal Credit Union, PO Box 20147, Lehigh Valley, PA 18002-0147 |
| 14444527 | Email/Text: notices@bkservicing.com | Feb 26 2025 03:41:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14422419 | Email/Text: BarclaysBankDelaware@tsico.com | Feb 26 2025 03:41:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14422420 | Email/Text: broughal-devito@rcn.com | Feb 26 2025 03:41:00 | Broughal & DeVito LLP, 38 W Market St, Bethlehem, PA 18018-5703 |
| 14702296 | Email/Text: BKBCNMAIL@carringtonms.com | Feb 26 2025 03:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14616360 | Email/Text: BKBCNMAIL@carringtonms.com | Feb 26 2025 03:35:00 | Wilmington Savings, 1600 S. Douglass RD, Anaheim, CA 92806 |
| 14422421 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:51:38 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14451992 | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 02:03:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14422422 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:51:51 | Citibank USA NA, Credit Bureau Dispute |

Case 19-17197-pmm   Doc 117   Filed 02/27/25   Entered 02/28/25 00:42:09   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Verification, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14457072 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 26 2025 03:41:00 | American Neighborhood Mortgage Acceptance Company,, 1 Corporate Drive, #360, Lake Zurich, IL 60047 |
| 14422423 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 26 2025 03:41:00 | Dovenmuhle Mortgage, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 14422426 | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 03:35:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14453990 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 02:03:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14422429 | Email/Text: camanagement@mtb.com | Feb 26 2025 03:41:00 | M&T Bank, Legal Document Processing, PO Box 844, Buffalo, NY 14240-0844 |
| 14422431 | Email/Text: M74banko@mercedes-benz.com | Feb 26 2025 03:36:00 | Mercedes Benz Financial Services, attn.: Bankruptcy Department, PO Box 685, Roanoke, TX 76262-0685 |
| 14422430 | Email/Text: M74banko@mercedes-benz.com | Feb 26 2025 03:36:00 | Mercedes Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 14422432 | Email/Text: bkrgeneric@penfed.org | Feb 26 2025 03:35:00 | Pentagon FCU, Attn.: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 14422435 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Feb 26 2025 02:49:12 | Wells Fargo Legal Processing, PO Box 29779, Phoenix, AZ 85038-9779 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14513281 | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, P.O. Box 131265, Roseville, MN 55113 |
| 14422425 | ##+ | Fitzpatrick Lentz & Bubba, 4001 Schoolhouse Ln, Center Valley, PA 18034-8720 |
| 14634602 | ##+ | MCCRYSTAL LAW OFFICE, 326 Main Street, Suite 1, EMMAUS, EMMAUS, PA 18049-2739 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society as trustee for Quercus Mortgage Investment Trust |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 29 |

    bkgroup@kmllawgroup.com

MARISA MYERS COHEN
    on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL J. MCCRYSTAL
    on behalf of Debtor Sean Jenkins mccrystallaw@gmail.com
    sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Daimler Trust wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

*Form 138OBJ* (6/24)−doc 115 − 114

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Sean Jenkins ) Case No. 19−17197−pmm
   aka Sean G. Jenkins )
                                               )
   Debtor(s). ) Chapter: 13
                                               )
                                               )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania
                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 25, 2025                                                                                      For The Court

                                                                                                         Timothy B. McGrath
                                                                                                           Clerk of Court