**Fill in this information to identify the case:**

Debtor 1: Sean Jenkins aka Sean G. Jenkins

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN    District of PA
                                                           (State)

Case number: 19-17197-pmm

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** American Neighborhood Mortgage Acceptance Company, LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 4841 ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 01/24/2020 | (5) | $ 400.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Plan Review | 11/21/2019 | (11) | $ 250.00 |
| 12. Other. Specify: Plan Objection | 12/23/2019 | (12) | $ 500.00 |
| 13. Other. Specify: Proof of Claim 410A | 1/24/2020 | (13) | $ 250.00 |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

| Debtor 1 | Sean Jenkins aka Sean G. Jenkins | Case number (*if known*) 19-17197-pmm |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Ann E. Swartz
Signature

Date 05 / 14 / 2020

Print: Ann E. Swartz
First Name  Middle Name  Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

Address: 123 S. Broad Street, Suite 1400
Number  Street
Philadelphia, PA 19109
City  State  ZIP Code

Contact phone ( 215 ) 790 – 1010

Email ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Sean Jenkins aka Sean G. Jenkins<br>                     Debtor(s)<br>American Neighborhood Mortgage Acceptance Company, LLC, or its Successor or Assignee<br>                     Movant<br>                        vs.<br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Sean Jenkins aka Sean G. Jenkins<br>                     Respondent(s) | Chapter 13<br>Bankruptcy No. 19-17197-pmm |

**CERTIFICATION OF SERVICE OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Ann E. Swartz, attorney for American Neighborhood Mortgage Acceptance Company, LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: May 14, 2020

Sean Jenkins aka Sean G. Jenkins
1136 Bryant St
Allentown, PA 18104

Michael J. McCrystal
151 Main Street
Suite A
Emmaus, PA 18049
Attorney for Debtor

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Trustee

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

/s/ Ann E. Swartz
MARGARET GAIRO, ESQUIRE ID # 34419
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for American Neighborhood Mortgage Acceptance Company, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com